JOSEPHINE A. HARRINGTON, Respondent, *v.* ROBERT P. HARRINGTON, Appellant.

Reported below, 263 App. Div. 928.
Submitted November 23, 1942; decided December 10, 1942.

*John J. McInnerney* for motion.

*Edward D. Siemer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless appellant within five days serves and files record on appeal, in which event the motion is denied.